IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-104-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERT LEE HOLDEN, JR., ) | |
| ) | |
| Defendant. ) | |

The court held a hearing today concerning defendant's motion to suppress [D.E. 20]. At the conclusion of the hearing the court made its findings of fact and conclusions of law. As explained in open court and incorporated by reference, the motion to suppress [D.E. 20] is DENIED.

SO ORDERED. This __3__ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge