IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-104-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| ROBERT LEE HOLDEN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the following Government Exhibits be returned to **Carl Whitfield** and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 1 | Firearm of James Holden |
| | |
| | |
| | |
| | |
| | |

SO ORDERED. This __18th__ day of July 2018.

_____
Agent's Signature

_____
JAMES C. DEVER III
Chief United States District Judge